NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Robert A. Mackey (SBN 125961)
Law Offices of Robert Mackey
660 Baker Street Suite- A201
Telephone: (412) 370-9110
Email: bobmackeyesq@aol.com

ATTORNEY(S) FOR: Plaintiff Priscilla Tiberia

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Priscilla Tiberia, individually and on behalf of herself and all others similarly situated<br><br>Plaintiff(s),<br>v.<br>Lemme Inc.<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
| --- | --- |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff Priscilla Tiberia _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Lemme Inc. | Defendant in this action. |
| Plaintiff Priscilla Tiberia | Plaintiff in this action. |

7/12/2026
Date

/s/ Robert Mackey Esq
Signature

Attorney of record for (or name of party appearing in pro per):

Priscilla Tiberia